Form OSTRK1 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Martha Jean Fuller**<br>11255 E. Fort Rd.<br>Condo Unit #A1<br>Suttons Bay, MI 49682<br>SSN: xxx–xx–1999<br><br>**Debtor(s)** | **Case Number 10–09610–jrh**<br><br>**Chapter 13**<br><br>**Honorable Jeffrey R. Hughes** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

In the above−noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005−2(e), the following document(s) presented for filing is(are) deemed defective:

    Document Number: 46

    Description of Document: Notice of Transfer/Assignment of Claim Transferor

    Reason for Defect: Case name & number do not match

    NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re−filed

☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456−2693 or by using online chat via www.miwb.uscourts.gov



Daniel M. LaVille
Clerk of Court

**Dated:** April 22, 2013